UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARLENE A. JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-12569** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION "H"(1)** |

# ORDER

The decision of the Commissioner must be upheld if there is substantial evidence in the record to support it.[1] The Court, having considered de novo the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, finds that the record contains substantial evidence to support the Commissioner's decision. The Court approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

---

[1] *See* Perez v. Barnhart, 415 F.3d 457, 461 (5th Cir. 2005).

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 15) is **DENIED**, the Commissioner's Motion for Summary Judgment (Doc. 16) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of September, 2017.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**